**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TYREEK JACKSON,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **PETER JOHN BADDICK, III M.D.** | : | |
| **et al.,** | : | **No. 22-2973** |
| *Defendants* | : | |

## O R D E R

   **AND NOW**, this 26th day of April, 2024, it is **ORDERED** that Mr. Jackson provide a status update about his case **by May 17, 2024. <u>Failure to do so may lead to his case being dismissed for failure to prosecute</u>**

                                                **BY THE COURT:**

                                                **<u>s/ Gene E.K. Pratter</u>**
                                                **GENE E.K. PRATTER**
                                                **UNITED STATES DISTRICT JUDGE**