**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **TYREEK JACKSON,**<br>*Plaintiff,*<br><br>**v.**<br><br>**PETER JOHN BADDICK, III, et al.,**<br>*Defendants.* | **CIVIL ACTION**<br><br>**NO. 22-2973** |

**ORDER RE: PLAINTIFF'S MOTION TO COMPEL**

**AND NOW**, on this 29th day of July, 2026, upon consideration of Plaintiff's Motion to Compel Discovery (ECF 100), and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Plaintiff's Motion is **DENIED**. Plaintiff may file an amended Motion to Compel by September 29, 2026.

**BY THE COURT:**

**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\phl-data\judge_baylson\civil 22\22-2973 jackson v baddick\22-2973 order re pl. third mot. to compel.docx